# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW50 | E 1162607 | C. Cruz | 1077 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 04/18/22 1400 | 41 CFR 102.74.400 |

Place of Offense: 915 2nd Ave Jackson Federal Building, Seattle, WA 98174

Offense Description: Factual Basis for Charge — Possession of Narcotics

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Miller
First Name: Tyler
MI: J

Street Address: [redacted]

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court.

APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ 50.00 Forfeiture Amount
+ $30 Processing Fee
$ 80.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE

X Defendant Signature: [signed]

Original - CVB Copy
*E1162607*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Apr. 18, 22 while exercising my duties as a law enforcement officer in the Western District of Washington.

I responded to Subject Miller, Tyler who was found to be in possession of one Fentanyl blue pill. This pill was found along with a clear glass pipe and one piece of Aluminum Foil which is commonly used for smoking Narcotics. The items were found during a security screening. Miller was read his Miranda rights and refused to provide a statement and stated he would just pay the citation.

Miller was also found to be in possession of 5 torch lighters and one knife during security screening.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/18/2022
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident